

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

VS.                                      EP-08-CR-2986

**MICHAEL ANGELO ARELLANO,**
    Defendant.
_____/

### DEFENDANT'S PRO SE MOTION FOR EARLY TERMINATION
### OF SUPERVISED RELEASE PURSUANT TO TITLE 18 U.S.C SECTION 3583(e)(1)

**COMES NOW,** MICHAEL ANGELO ARELLANO ("DEFENDANT"), appearing Pro se, and hereby moves this Court for early termination of his supervised release and in support thereof states the following:

1. In 2009, Defendant was sentenced to 162 months imprisonment and 10 years of supervised release. Defendant began supervised release in March 2020.

2. Although Defendant was incarcerated in USP Hazelton, a facility known for its propensity to violence and problematic environment, he managed not to incur any disciplinary infractions while incarcerated, a clear demonstration of his rehabilitation and his willingness to comply with the law.

3. Defendant has successfully fulfilled every requirement of supervised release, including a court ordered treatment program. Defendant has discussed early termination with his assigned probation officer, Laura Guerrero. Ms. Guerrero has stated that she would not oppose early termination at this time.

4. Since his release from prison, Defendant has managed to open his own car rental business, which he operates with his fiancée.1 Defendant continues to live with and support his family.

5. Defendant has been paying his court ordered fines, and he will continue to do so even after his supervision is terminated.

6. Defendant has not committed any new crimes.

7. Defendant does not pose a danger to any person or to the public.

8. Because Defendant has clearly demonstrated a positive change in his life and that he is no longer the same person he was when he first committed his crimes in 2008, the goals of supervised release and the factors as set forth in Section 3553(a) have successfully been achieved in this case, and therefore, any further supervision of Defendant would be unnecessary.

9. The interest of justice calls for early termination of Defendant's supervised release.

---

1 Being on supervised release has hindered Defendant's ability to expand and further prosper his car rental business, and ultimately has put him in a financial hardship.

**WHEREFORE,** Defendant respectfully asks the Court to grant early termination of his supervised release. Alternatively, if the Court has any questions of Defendant, then a hearing is requested.

Respectfully submitted,

s/ *[signature]*

**MICHAEL ANGELO ARELLANO, Pro se**
**4719 FRANKFORT AVE**
**EL PASO, TEXAS, 79903**
Message_michael@yahoo.com
**Cell No: (915) 218-4998**

**DATED: October 23, 2025.**

## CERTIFICATE OF SERVICE

**I, MICHAEL ANGELO ARELLANO,** certify that on October 28, 2025, I filed the foregoing "Defendant's Pro Se Motion for Early Termination of Supervised Release" by personally hand delivering the same in an enclosed envelope to the U.S. District Court Clerk located at 525 Magoffin Ave, El Paso, Texas 79901.

s/MICHAEL ANGELO ARELLANO
_____